Case 1:25-mj-00246-MAU    Document 1-1

Case: 1:25-mj-00246
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 10/13/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

On October 12, 2025, at approximately 8:20 p.m., Metropolitan Police Department ("MPD") and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") officers were patrolling in the 100 block of 36th Street Northeast in Washington, D.C.

An officer observed a white Honda with heavily tinted windows, no front license plate and a rear District of Columbia license plate ("Vehicle-1") driving west in the 3500 block of Ames Street Northeast. MPD activated emergency lights and sirens to conduct a traffic stop of Vehicle-1. Vehicle-1 did not stop. Vehicle-1 drove down Ames Street making a left onto 35th Street Northeast and passing through a stop sign without stopping.

A Diplomatic Security Service ("DSS") agent attempted to block Vehicle-1 with an unmarked cruiser ("Cruiser-1"), but Vehicle-1 maneuvered around Cruiser-1 and made a left on A Street Southeast and then another left onto Minnesota Avenue Southeast. Vehicle-1 then made a right on East Capitol Street Northeast driving on the opposite side of traffic. Vehicle-1 collided with Cruiser-1 and continued down East Capitol Street Northeast, against the flow of oncoming traffic. Vehicle-1 continued to flee from law enforcement, disregarding multiple traffic control signals and traffic laws. Law enforcement continued to follow Vehicle-1 into the 1600 block of Eastern Avenue Northeast. Vehicle-1 rammed into Cruiser-1 and an uninvolved Hyundai at a high rate of speed, sending the Hyundai off the roadway into a private home located at 1618 Eastern Avenue Northeast. Vehicle-1 continued to flee Northbound down I-295, swerving in and out of traffic at a high rate of speed. As Vehicle-1 entered the ramp to Route 50, Vehicle-1 rammed into Cruiser-1 again. As Vehicle-1 approached 33rd Place Northeast, Vehicle-1 struck a median in the roadway and became inoperable. The driver, later identified as Trevon Troxler ("the Defendant"), opened the vehicle door, exited the vehicle, and fled on foot.

As officers engaged in a foot pursuit, a DSS agent, who never lost sight of Vehicle-1, went immediately to Vehicle-1 to check the vehicle for any additional occupants. There were none.

Other officers pursued the Defendant on foot and never lost sight of him. Officers apprehended the Defendant at 2300 South Dakota Avenue Northeast, Washington, D.C. He identified himself as Trevon Troxler and provided his date of birth, which was consistent with the date of birth listed in a law enforcement database. Search incident to arrest, officers recovered two unmarked key fobs from the Defendant's person. Your affiant is aware of a recent trend of criminals stealing cars using blank key fobs to reprogram vehicles.

Officers secured Vehicle-1 and observed an extended magazine protruding from between the driver seat and the center console. The magazine was inserted into a firearm.



  The recovered firearm is a Glock 29 with serial number BUWT918 with one round of ammunition in the chamber and twenty-six rounds of ammunition in a twenty-eight round capacity magazine and a flashlight attachment.

  The recovered firearm is a weapon which is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate or foreign commerce before it arrived in the District of Columbia.

  A query of the rear license plate on Vehicle-1 in a law enforcement database revealed the license plate was reported lost on October 4, 2025. An additional query revealed Vehicle-1 was reported stolen on October 1, 2025, in Prince George's County, Maryland.

  A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been previously convicted of crimes punishable by a term of imprisonment of greater than one year. Specifically, in D.C. Superior Court Case Number 2015 CF3 012169, the Defendant was convicted of Attempted Assault with a Dangerous Weapon ("Attempted ADW") and Unlawful Possession of a Firearm (Prior Conviction) ("FIP"), which are punishable by a term of imprisonment of greater than one year. The Defendant was sentenced to 24 months of incarceration for Attempted ADW and 36 months of incarceration for FIP, run consecutively. Accordingly, at the time the Defendant possessed the firearm in this case, he knew he had previously been convicted of a crime punishable by a term of imprisonment of more than one year.

      As such, your affiant submits that probable cause exists to charge the Defendant with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

_____
Jacob Pfaff
Officer, Badge # 3987
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 13, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE